**JOHNSON // BECKER** PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2024

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

September 17, 2024

**VIA ECF**

500 Pearl Street, Room 1960
United States Courthouse
Southern District of New York
New York, NY 10007

**MEMO ENDORSED**

Hon. Barbara Moses

**Re:**    *Miriama Dukuray v. Sensio, Inc.*
        Case No. 1:24-CV-01151

Dear Judge Moses:

Pursuant to Counsels' call with your clerk this morning, Plaintiff's counsel is expereincing a family emergency. Plaintiff's counsel, with the consent of Mr. Colella, has requested that in light of the emergency, the settlement conference scheduled for Thursday, September 19, 2024 be adjourned to the afternoon of October 9th at 2:15 pm est via Zoom if the Court is avaiable.

Alternatively, if the Court is not avaiable the afternoon of October 9th, the parties request that settlement conference currently scheduled for Spetember 19 at 2:15 pm est by held via Zoom.

**JOHNSON BECKER, PLLC**

[signature]

Adam J. Kress, Esq.
Admitted *Pro Hac Vice*
(612) 436-1908
akress@johnsonbecker.com

cc:    Ugo Colella, Esq.

The settlement conference scheduled for September 19, 2024, is hereby ADJOURNED to **October 2, 2024**, at **1:00 p.m.** This conference will be in-person. Any update to the parties' pre-settlement submissions (*see* Dkt. 26 ¶ 3) must be received no later than September 30, 2024. SO ORDERED.

[signature] Barbara Moses

Barbara Moses
United States Magistrate Judge
September 18, 2024

1