```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARIAMA DUKURAY,<br><br>      Plaintiff,<br><br>  -v-<br><br>SENSIO, INC.,<br><br>      Defendant. | 24-cv-1151(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On October 4, 2024, Magistrate Judge Moses informed the Court that the parties in the above-captioned case have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated. All pending deadlines are hereby suspended and the Clerk is respectfully directed to close this case.

    SO ORDERED.

New York, NY
October 4, 2024

                                          _____
                                          JED S. RAKOFF, U.S.D.J.